**FILED**

**MAY 2 1 2015**

**Clerk, U.S. District and Bankruptcy Courts**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

BENJAMIN CUNNINGHAM,　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
TOWER INSURANCE COMPANY, *et al*,　)
　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　)

Case: 1:15-cv-00759　Jury Demand
Assigned To : Unassigned
Assign. Date : 5/21/2015
Description: Pro Se Gen. Civil (F Deck)

### <u>MEMORANDUM OPINION AND ORDER</u>

This civil matter is before the Court on review of the plaintiff's application to proceed *in forma pauperis* and *pro se*. The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to "less stringent standards than formal pleadings drafted by lawyers." *Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even a *pro se* litigant, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain "a short and plain statement of the grounds for the court's jurisdiction," a "short and plain statement of the claim showing that the pleader is entitled to relief," and a demand for the relief the pleader seeks. Fed. R. Civ. P. 8(a). Rule 10(b) further provides that parties must state their claims in sequentially-numbered paragraphs describing the relevant circumstances. Fed. R. Civ. P. 10(b).

Although it is difficult to discern the substance of Plaintiff's complaint or the relief he seeks, he appears to seek an order requiring two insurance companies to pay a claim for damages to his residence in Bronx, New York allegedly caused by deputy United States Marshals on November 29, 2005, when they searched the plaintiff's residence for a fugitive. In lieu of the

1



4

submitting the short plain statements in the form of numbered paragraphs as required by Rules 8(a) and 10(b), the plaintiff appears to have selected excerpts from orders or opinions issued by the federal judges to whom the plaintiff's prior lawsuits were assigned and other materials. These excerpts do not comprise a short and plain statement of a claim showing the plaintiff's entitlement to relief. As drafted, the complaint does not comply with Rule 8(a), and it will be dismissed.

An Order accompanies this Memorandum Opinion.

DATE: _March 31, 2015_

_Randolf O. Moss_
United States District Judge